IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   **Criminal No. 08-00040-KD** |
| | * |
| **WAYNE MAURICE LAFITTE, JR.** | * |

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on July 8, 2008, this Court entered an Amended Preliminary Order of Forfeiture, (Doc. 122), ordering defendant Lafitte's interest forfeited in

**$24,010.00, more or less, in United States currency**; and

**WHEREAS**, the United States caused to be published in *The Press-Register*, (Doc. 147) notice of this forfeiture and of the intent of the United States to dispose of the assets in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

**WHEREAS**, no third-parties have come forward to assert an interest in the property in the time required under Title 21, United States Code, Section 853(n)(2); and

**WHEREAS**, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Sections 846, 841(a)(1) and 853;

**NOW, THEREFORE**, the Court having considered the matter and been fully advised in the premises, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to Title 21, United States Code, Sections 846, 841(a)(1) and 853, the following is forfeited to the United States of America:

**the $24,010.00, more or less, in United States currency.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the currency described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward five certified copies of this Order to Assistant United States Attorney Deborah A. Griffin.

This 13th day of February, 2009.

_____
KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE